Brett D. Cragun (Utah Bar No. 8683)
Cragun & Cragun
PO Box 160234
Clearfield, UT 84016
Tel: (801) 450-3267
Fax: (801) 513-2082
Email: brett@brettcragun.com
Attorney for Plaintiff, CAMERON WILLIAMS

## UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| CAMERON WILLIAMS,<br><br>Plaintiff,<br><br>-vs-<br><br>U.S. BANK, N.A. d/b/a Cardmember Services,<br><br>Defendant. | **Case No.** 2:20-cv-00048-CW<br><br><br>**NOTICE OF SETTLEMENT** |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, Cameron Williams ("Plaintiff") and Defendant U.S. Bank, N.A. d/b/a Cardmemeber Services ("U.S. Bank") (collectively referred to as the "Parties") have reached settlement in the above-captioned action. The Parties are currently working to finalize and execute settlement documents and subsequently anticipate filing a joint stipulation of dismissal as to U.S. Bank, N.A.. Therefore, Plaintiff respectfully requests forty-five (45) days in order to finalize settlement documents and notify the Court of dismissal.

- 2 -

           Respectfully submitted,

Dated: August 2, 2021     */s/ Brett D. Cragun*
               Brett D. Cragun (Utah Bar No. 8683)
               Cragun & Cragun
               PO Box 160234
               Clearfield, UT 84016
               Tel: (801) 450-3267
               Fax: (801) 513-2082
               Email: brett@brettcragun.com

               *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notify all attorneys of record.

                                         */s/ Brett D. Cragun*
                                         Brett D. Cragun (Utah Bar No. 8683)
                                         Cragun & Cragun
                                         PO Box 160234
                                         Clearfield, UT 84016
                                         Tel: (801) 450-3267
                                         Fax: (801) 513-2082
                                         Email: brett@brettcragun.com

                                         *Attorney for Plaintiff*