Brett D. Cragun (Utah Bar No. 8683)
Cragun & Cragun
PO Box 160234
Clearfield, UT 84016
Tel: (801) 450-3267
Fax: (801) 513-2082
Email: brett@brettcragun.com
Attorney for Plaintiff, CAMERON WILLIAMS

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| CAMERON WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　　　-vs-<br><br>U.S. BANK, N.A. d/b/a Cardmember Services,<br><br>　　　　Defendant. | **Case No.** 2:20-cv-00048-CW<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff, Cameron Williams ("Plaintiff") and Defendant, U.S. Bank, N.A. d/b/a Cardmember Services ("Defendant"), through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims in this action, with prejudice, against U.S. Bank, N.A. d/b/a Cardmember Services. Parties will bear their own fees and costs.

Respectfully submitted,

Dated: September 17, 2021

　　　　*/s/ Brett D. Cragun*
　　　　Brett D. Cragun (Utah Bar No. 8683)
　　　　Cragun & Cragun
　　　　PO Box 160234
　　　　Clearfield, UT 84016
　　　　Tel: (801) 450-3267
　　　　Fax: (801) 513-2082
　　　　Email: brett@brettcragun.com

　　　　*Attorney for Plaintiff*

/s/*Jill A. Zender*
Jill A. Zender (Utah Bar Number 5654)
jill.zender@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1144 15TH Street
Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, a true and correct copy of the foregoing Joint Stipulation of Dismissal was filed using the Court's CM/ECF system, which will notify all attorneys of record.

- 2 -

- 3 -

/s/ *Brett D. Cragun*
Brett D. Cragun (Utah Bar No. 8683)
Cragun & Cragun
PO Box 160234
Clearfield, UT 84016
Tel: (801) 450-3267
Fax: (801) 513-2082
Email: brett@brettcragun.com

*Attorney for Plaintiff*