Brett D. Cragun (Utah Bar No. 8683)
Cragun & Cragun
PO Box 160234
Clearfield, UT 84016
Tel: (801) 450-3267
Fax: (801) 513-2082
Email: brett@brettcragun.com
Attorney for Plaintiff, CAMERON WILLIAMS

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| CAMERON WILLIAMS,<br><br>Plaintiff,<br><br>-vs-<br><br>U.S. BANK, N.A. d/b/a Cardmember Services,<br><br>Defendant. | **Case No.** 2:20-cv-00048-CW<br><br><br>**ORDER OF DISMISSAL** |

### ORDER OF DISMISSAL

Plaintiff, Cameron Williams ("Plaintiff"), and Defendant, U.S. Bank, N.A. d/b/a/ Cardmember Services, having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised.

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant, U.S. Bank, N.A. d/b/a/ Cardmember Services are DISMISSED with prejudice with each party to bear their own costs and attorneys' fees.

SO ORDERED.

Date: September 22, 2021

Clark Waddoups
United States District Judge